# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**            :

    v.            :

                                                              07 Cr. 904

**PETER CARROLL**,            :

                Defendant.    :     Karas, J

------------------------------------x

**PETER CARROLL**, the above-named defendant, who is accused of violating Title 18, United States Code, Section 2252A(a)(5)(B), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                          _____
                                                                      Defendant

                                                                      _____
                                                                    Counsel for Defendant

Date:  White Plains, New York
        September 26, 2007