**Myers & Galiardo, LLP**                                                                 *Attorneys at Law*

Chanin Building, Suite 2710
122 East 42nd St., New York, NY 10168
Phone: 212-986-5900   Fax: 212-986-6250

September 27, 2007

**BY FAX: (914) 390-4095**

Hon. George A. Yanthis
United States Courthouse
300 Quarropas Street, Room-118
White Plains, New York 10601

Re:   *Unites States v. Peter Carroll*
      07 Mag. 1216, 07 Cr._____
      07 CR 904

Dear Judge Yanthis:

I represent Mr. Peter Carroll. On September 26, 2007, I appeared before you and requested that Mr. Carroll be permitted to attend his father's wedding in the State of Connecticut on October 13-14, 2007. Additionally, Mr. Carroll is requesting that he be permitted to attend mass on Saturdays from 5pm-6pm at Saint Barnard's Church in Ossining.

I have reached out to AUSA Brent Wible and he has consented to these provisions. I have also faxed a copy of Mr. Carroll's itinerary and whereabouts on October 13-14, 2007, to Mr. Vincent Adams of Pre-Trial Services.

I am asking the Court to amend the Home Confinement Order and the other provisions of bail to include the above requests. Again, Mr. Wible consents to these amendments.

If you have any questions, please feel free to contact the undersigned.

*Application granted;*

SO ORDERED:
_____ 9/28/07
Hon. George A. Yanthis
United States Magistrate Judge.

Respectfully,
*Myers & Galiardo,*

Matthew D. Myers
*Attorney for Defendant*

**Myers & Galiardo,**
122 East 42nd Street Suite 2710
New York, NY 10168
Tel: 212-986-5900
Fax: 212-986-6250

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Hon. George A. Yanthis | **Fax:** | 914-390-4095 |
| **From:** | Matthew D. Myers | **Date:** | 9/27/07 |
| **Re:** | Peter Carroll<br>Case#: 7:07-mj-1216 | **Pages:** | 2-including coversheet |
| **CC:** | United States Courthouse<br>Southern District | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Honorable Yanthis:

Please be advised, the following is with regards to the above matter.

Should you have any questions or concerns, please do not hesitate to contact our office.

Very truly yours,
*Myers & Galiardo,*

Belinda Roman
*legal assistant*